UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| James Jenkins    Plaintiff(s) | Civil Case No.: |
| vs. | CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983 |
| Kirk Imperati    Defendant(s) | |

Plaintiff(s) demand(s) a trial by:  ◯ JURY   ⊗ COURT   (Select **only** one)

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: James Jenkins Global # 117474

   Address: 150 North Hamilton St
   Poughkeepsie, N.Y. 12601
   Dutchess County Jail

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Kirk Imperati

   Official Position: Sheriff Dutchess County

   Address: 108 Parker Ave
   Poughkeepsie, NY 12601

b.  Defendant: _Jessica Segal_
    Official Position: _Judge Dutchess County Criminal Court_
    Address: _62 Civic Center Plaza_
    _Poughkeepsie, NY 12601_

c.  Defendant: _Poughkeepsie Journal_
    Official Position: _News paper_
    Address: _N/A_

Additional Defendants may be added on a separate sheet of paper.

4.                                    **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

Facts - see attached pages (3) and (1) for added defendants

I believe my 4, 5, 8 and 14th Amendment Rights under the United States Constitution were violated

6.  **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

Full compensation for funds Spent due to Violation of my Constitutional rights, funds un-made due to detainment, and for Head Ache and Pain in the Amount of $50 million dollars U.S.C

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 10-3-2024

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

5.                          **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

Dutchess County Sheriff Kirk imperati, be held Accountable, And Subjected to payment of Attorney fees, as well as fees assessed for Property damage, Lost wages, repossession of vehicle, Traffic infractions put in to Judgement, In All officers of the dutchess County task force be HELD Accountable.

### SECOND CAUSE OF ACTION

Judge Segal be disbarred or reprimanded and be Personally held Accountable for Lost wages

### THIRD CAUSE OF ACTION

Poughkeepsie Journal be forced to pay for defamation of Character As well As Any other fees deem Just and Proper



Defendant: Aviv Segal

Official Position: Assistant District Attorney

Address: 62 Civic Center Plaza
Poughkeepsie, N.Y. 12601

(1)

## FACTS OF DISPUTE

1. On January 27, 2023 my apartment (13 Virginia Ave Apt 3R, Poughkeepsie, NY 12601) was raided. Nothing was found at location, door to Apt was damaged, and an Eight hundred dollar fee was added to my monthly rent due to damage. My vehicle was searched, Kirk Imperati and the Dutchess County task force Confiscated the Vehicle, after claiming to have found a small quantity of Cocaine or crack cocaine.

2. I was later remanded by Hon. Judge Volkman in Dutchess County city Court. Poughkeepsie Journal ran an article claiming ~~to have~~ Slandering Me stating that a big time drug dealer apartment was raided and a large quantity of drugs and money was confiscated.

3. On February 13, 2023, ~~my~~ Associate Kenny Calvey from Portale Randazzo LLP and I appeared in Dutchess County County Court for a bail hearing. On that day Hon. Judge Segal set bail in the Amount One million bond and Five Hundred thousand Cash, after denying Me R.O.R under the bail reform Act, to which I was eligible.

4. ~~Attorney~~ Michael Kohn was obtain sometime after February 13, 2023, for a fee of $7,500. He was later fired, because his Counsel was ineffective. He kept $2,500 for his time spent working on my case. Portale Randazzo was

(2)

re-hired on April 6, 2023 for a fee of FIFTEEN thousand dollars. In all I paid SEVENTEEN thousand, five hundred in Legal fees.

5. While detained in Dutchess County Jail, I spent well over four thousand dollars, on Commissary, Packages, Phones and transportation fees, as well as being detained IN Columbia County Jail, and Orange County Jail, where more resources where spent in excess of SEVEN thousand total

6. Prior to my incarceration, I started a business No longer dreaming LLC., around October of 2022. January of 2023, I financed a Cargo Van, Seven thousand down payment, One thousand insurance, and registration fees. I Paid Postnote Randazzo five thousand in fees to get business certified and running. While detained, the Cargo Van was repossessed.

7. While detained from January 27, 2023 through May 18, 2023, I fell behind in rental apt Payments, Car Payments (KIF5222) (KEU4230). Apt Rental company seeked relief of eleven thousand dollars, tolls, and traffic infraction were sent to Collection agencies, which I now owe an exuberant fee due to my detainment.

8. My company No longer Dreaming LLC. was Projected to make two thousand every three days between February 1, 2023, through

(3)

March 9, 2023, totaling thirty two thousand dollars, while waiting on Interstate Commerce approval. For the time Period of March 10, 2023 Through May 7th, 2024, At A rate of five thousand dollars for Every three days No Longer Dreaming LLC, while Performing interstate Commerce, Financial Projections totaled Six Hundred thousand dollars.



James Jenkins
11741174
150 North Hamilton St
Poughkeepsie, NY 12601

Attention: Pro se Office
500 Pearl Street
New York, NY 10007