UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES JENKINS,<br><br>       Plaintiff,<br><br>-against-<br><br>KIRK IMPERATI; JESSICA SEGAL;<br>POUGHKEEPSIE JOURNAL; AVIV SEGAL,<br><br>       Defendants. | 24-cv-8089 (KMW)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 28, 2025, order, the Court dismisses Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), as frivolous, for failure to state a claim on which relief may be granted, and for seeking monetary relief against defendants who are immune from such relief.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 13, 2025
     New York, New York

                  /s/ Kimba M. Wood
                    KIMBA M. WOOD
                  United States District Judge